IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00029-RM-STV

ASH MEADOWS TOWNHOME
ASSOCIATON, INC.,

      Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

      Defendant.

## DEFENDANT'S AMENDED MOTION TO BAR EXPERT OPINIONS OF DAMIEN ARGUELO AND THOMAS MILLER P.E.

NOW COMES Defendant, AmGuard Insurance Company ("AmGuard"), by and through its attorneys, and for its Amended Motion to Bar Expert Opinions of Damian Arguelo and Thomas Miller, P.E, states as follows:

Counsel for the parties have reached agreement on certain issues raised in Defendant's Motion to Bar Expert Opinions of Damien Arguelo and Thomas Miller, P.E.. (See Doc. 80). In particular, counsel have agreed to the following:

- Plaintiff's expert Thomas Miller, P.E. will not opine regarding repair recommendations;

- Plaintiff's expert Damien Arguelo will not offer legal conclusions based upon applying the law to the facts of the case;

- Plaintiff's expert Damien Arguelo will not offer testimony or opinions regarding the motive, intent or state of mind of other witnesses.

Based on the parties' agreement, AmGuard withdraws arguments raised in its motion (See Doc. 80) with respect to the issues cited above. It remains in dispute whether Mr. Arguelo may opine regarding the validity of other experts' and witnesses' estimates and reports. Accordingly,

AmGuard adopts and incorporates all arguments set forth in sub-paragraph IV.A. of its motion, titled, "Mr. Arguelo is Not Qualified to Opine regarding The Validity of Expert Estimates and Forensic Conclusions," as if set forth fully herein, and renews its request that the Court bar such testimony at trial. (See Doc. 80).

/s/ Brian E. Devilling
Matthew S. Ponzi
Brian E. Devilling
Foran Glennon Palandech Ponzi & Rudloff PC
222 North LaSalle St., Suite 1400
Chicago, Illinois 60601
(312) 863-5000
mponzi@fgppr.com
bdevilling@fgppr.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, with notice of case activity to be generated and sent electronically by the Clerk of said court to all attorneys of record.

                                        */s/ Brian E. Devilling*
                                        Brian E. Devilling