IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00029-RM-STV

ASH MEADOWS TOWNHOME
ASSOCIATON, INC.,

          Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

          Defendant.

## DEFENDANT'S PROPOSED JURY VERDICT FORM

NOW COMES Defendant, AmGuard Insurance Company, by and through its attorneys, and for its Proposed Jury Verdict Form, states as follows:

You are instructed to answer the following questions. You must apply the law in the instructions that the Court gave you to the facts that were proved by the evidence. You must all agree on your answer to each question and you must all sign the completed form on the signature lines.

We, the jury, present our answers to questions submitted by the Court, to which we have all agreed:

1.      Do you find in favor of the plaintiff, Ash Meadows Townhome Association, and against the defendant, AmGuard Insurance Company, on its claim of bad faith breach of contract under Instruction No. (insert the number assigned in the case to the instruction that sets forth the basic elements of liability for the claim)? (Yes or No)

ANSWER: _____

2.      Do you find in favor of the plaintiff, Ash Meadows Townhome Association, and against the defendant, AmGuard Insurance Company, on its claim of unreasonable delay or denial breach of contract under Instruction No. ____ (insert the number assigned in the case to the instruction that sets forth the basic elements of liability for the claim)? (Yes or No)

ANSWER: _____

If you answered all of the above questions "No," then stop here and sign this Special Verdict Form as indicated below.

If, on the other hand, you answered "Yes" to any of the above questions, then answer the following questions as directed below:

3.      If you answered "yes" to Question 1, what amount of damages, as described in Instruction No. ____, did Ash Meadows Townhome Association prove by a preponderance of the evidence that it sustained as a result of AmGuard Insurance Company's bad faith breach of the insurance contracts?

$_____

4.      If you answered "yes" to Question 2, what is the amount of the covered benefit Ash Meadows Townhome Association proved by a preponderance of the evidence that AmGuard Insurance unreasonably delayed or failed to pay?

$_____

Please sign this Verdict Form on the signature lines provided below.

_____          _____

Foreperson

_____          _____

_____        _____

_____        _____

_____        _____

_____        _____

/s/ Brian E. Devilling

MATTHEW S. PONZI
BRIAN E. DEVILLING
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 North LaSalle St.
14th Floor
Chicago, Illinois 60601
(312) 863-5000
bdevilling@fgppr.com
Attorneys for Defendant