**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:   March 24, 2023 |
| Court Reporter:       Tammy Hoffschildt | |

**CASE NO.    21-cv-00029-RM**

| Parties | Counsel |
|---|---|
| ASH MEADOWS TOWNHOME ASSOCIATION, INC., | Jonathan Bukowski<br>Michael Duffy |
| Plaintiff, | |
| v. | |
| AMGUARD INSURANCE COMPANY, | Brian Devilling<br>Matthew Ponzi |
| Defendant. | |

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**
**Court in session:**          1:02 p.m.

Appearances of counsel.

Preliminary remarks made by the Court.

Discussion held regarding claims and defenses, first-day report time, jury selection, voir dire, opening statements, closing arguments, scheduling of witnesses, sequestration of witnesses, exhibits, use of depositions at trial, jury instructions, stipulated exhibits, pending motions.

**ORDERED:**  All witnesses shall be sequestered prior to their testimony.

**ORDERED:**  Deposition designations shall be submitted to the Court on or before **March 29, 2023.**

**ORDERED:**  If the parties stipulate to any exhibits, a revised exhibit list shall be filed on or before **March 31, 2023.**

**ORDERED:**  Revised jury instructions shall be filed on or before **March 31, 2023.**

The Court states findings regarding pending motions.

**ORDERED:**  Defendant's Motion to Bar Expert Opinions of Damien Arguelo and Thomas Miller P.E. (Doc. 80) and Defendant's Amended Motion to Bar Expert Opinions of Damien Arguelo and Thomas Miller P.E. (Doc. 82) are GRANTED in part and DENIED in part as stated on the record.

**ORDERED:**  Plaintiff's Motion to Strike Defendant's Rebuttal No-Retained Expert Disclosures Pursuant to F.R.C.P. 26 is DENIED as stated on the record.

**ORDERED:**  Plaintiff's Motion In Limine (Doc. 89) is GRANTED in part and DENIED in part as stated on the record.

**Court in recess:**　　　　**1:52 p.m.**
**Total in court time:**　　**00:50**
**Hearing concluded.**