**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 21-cv-00029-RM-STV

ASH MEADOWS TOWNHOME ASSOCIATION, INC.

      Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

      Defendant.

---

## VERDICT FORM

---

WE THE JURY, upon our oaths, in the above-captioned action, present our

answers to questions submitted by the court to which we have unanimously agreed.

## I.    ASH MEADOWS' FIRST CLAIM - BAD FAITH BREACH OF INSURANCE CONTRACT  (INSTRUCTION NO. 19)

**Question 1:** Did Ash Meadows prove, by a preponderance of the evidence, that
AmGUARD breached its insurance contract in bad faith?

**Answer (circle one):**         YES          NO

*If you answered "Yes" to Question 1, please* **CONTINUE** *to Question 2.*

*If you answered "No" to Question 1, you have rendered your verdict for
AmGUARD on this claim.* **DO NOT** *answer Question 2, and instead*
**CONTINUE** *to Section II, Question 3.*

1

**Question 2:** What is the dollar amount of Ash Meadows' actual losses and damages which it proved, by a preponderance of the evidence, were caused by AmGUARD's bad faith breach of its insurance contract?

**Answer:**   $ 50,040.97

*Please **CONTINUE** to Question 3.*

## II.   ASH MEADOWS' SECOND CLAIM - UNREASONABLE DELAY OR DENIAL IN PAYMENT OF BENEFITS  (INSTRUCTION NO. 25)

**Question 3:** Did Ash Meadows prove, by a preponderance of the evidence, that AmGUARD unreasonably delayed or denied payment of benefits?

**Answer (circle one):**                    YES                    NO

*If you answered "Yes" to Question 3, please **CONTINUE** to Question 4.*

*If you answered "No" to Question 3, you have rendered your verdict for AmGUARD on this claim.  **DO NOT** answer Question 4, and instead **PROCEED** to date and sign this verdict form.*

**Question 4:** What is the dollar amount of insurance benefits which Ash Meadows proved, by a preponderance of the evidence, were unreasonably delayed or denied by AmGUARD?

**Answer:**   $ 1,069,939.10

2

You have now reached the end of this verdict form and should review it to ensure it accurately reflects your unanimous determinations. Please sign and date the verdict form in the spaces below and notify the court security officer that you have reached a verdict. The presiding juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signatures of all jurors

Dated: 4/14/2023

3