IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

Civil Action No. 21-cr-00029-RM-STV

ASH MEADOWS TOWNHOME ASSOCIATION, INC.,

    Plaintiff,

v.

AMGUARD INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by Senior Judge Raymond P. Moore on November 9, 2023, the following Final Judgment is hereby entered.

It is ORDERED that the plaintiff, Ash Meadows Townhome Association, Inc., is awarded attorney fees in the amount of $348,717.00 and costs in the amount of $71,778.75.   It is

FURTHER ORDERED that judgment is entered in favor of the plaintiff, Ash Meadows Townhome Association, Inc., and against the defendant, AmGUARD Insurance Company, on Plaintiff's claim for bad faith breach of contract in the amount of $50,040.97.   It is

FURTHER ORDERED that judgment is entered in favor of the plaintiff, Ash Meadows Townhome Association, Inc., and against the defendant, AmGUARD Insurance Company, on Plaintiff's claim under section 10-3-1116(1), C.R.S. for unreasonable delay or denial of insurance benefit for $1,339,878.20, which represents twice the covered benefit found by the jury to be $669,939.10.   It is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1961, post-judgment interest of 5.41% shall run from today's date on the amounts awarded herein until the date of payment.

DATED at Denver, Colorado, this 9th day of November, 2023.

>                    JEFFREY P. COLWELL
>                    Clerk of the U.S. District Court
>
>                    By:   s/C. Pearson, Deputy Clerk